**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 56 WM 2021
                                                                        :
                            Respondent                        :
                                                                        :
                                                                        :
                                                                        :
                            v.                                      :
                                                                        :
                                                                        :
ROBERT A. MAIER,                              :
                                                                        :
                            Petitioner                          :

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 8th day of December, 2021, the Application to Exceed Word Count is DENIED.  Counsel is ORDERED to file a compliant Petition for Allowance of Appeal within 15 days.